Argued and submitted May 8, 1991, the Court of Appeals' order of dismissal reversed and case remanded to the Court of Appeals for further consideration February 13, 1992

Tammy JONES-CLARK,
Guardian Ad Litem for Billy Clark,
a Minor Child Under the Age of Fourteen,
*Petitioner on Review,*

*v.*

Robert SEVERE
and Washington County Department
of Community Corrections,
*Respondents on Review.*

(CC C880945CV; CA A63850; SC S37582)

825 P2d 1388

Kathryn H. Clarke, Portland, argued the cause for petitioner on review. The petition for review was filed by Randall Vogt, of Parker & Vogt, Portland.

Robert A. Bianchi, Assistant County Counsel, Hillsboro, argued the cause and filed the response for respondents on review. With him on the response to the petition was John M. Junkin, Washington County Counsel, Hillsboro.

**PETERSON, J.,** dissenting.

I dissent for the reasons stated in my dissenting opinion in *Baugh v. Bryant Limited Partnerships*, 312 Or 635, 645, 825 P2d 1383 (1992).